FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Mayra Catalina Vaquez, <br> Defendant. | Case No.: 8:26-MJ-0008 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __S.D. Cal.__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __lack of stable residence; whereabouts unknown for months; no viable surety; ongoing drug abuse__

1
2
3      and/or
4  B.   ☒ The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on ___criminal history; drug abuse___
8
9
10
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __1/7/26__                    _____/s/ Karen E. Scott_____
17                                       KAREN E. SCOTT
                                         UNITED STATES MAGISTRATE JUDGE